FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 NOV 17 PM 2:42
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| NFO MEMBERS LIVESTOCK, INC., d/b/a NEXUS MARKETING, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 314-113 |
| JIM TANNER AND JOHNSON BRIDGE FARMS, LLC, | * * * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's and Defendants' joint consent motion for stay. On October 8, 2014, Plaintiff commenced this diversity action alleging breach of contract. On October 28, 2014, Defendants' filed an answer and counterclaim. The parties' are required to confer pursuant to Federal Rule of Civil Procedure 26 not later than November 18, 2014. In light of the parties' serious settlement discussions and scheduled mediation on November 25, 2014, the parties' jointly request a stay of this case and all deadlines.

Upon due consideration, the stay is **GRANTED**. If mediation is not successful, the parties shall file their Rule 26(f) report with the Court not later than December 15, 2014.

**IT IS THEREFORE ORDERED** that Plaintiff's and Defendants' joint consent motion for stay (doc. no. 13) is **GRANTED**.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE