ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JAN 29 P 1:10

CLERK B.utten
SO. DIST. OF GA.

| | | |
|---|---|---|
| NFO MEMBERS LIVESTOCK, INC., d/b/a NEXUS MARKETING, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 314-113 |
| JIM TANNER AND JOHNSON BRIDGE FARMS, LLC, | * * * | |
| Defendants. | * | |

## ORDER

On January 20, 2015, the parties to this diversity suit filed a joint dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a), noting that each party shall bear its own attorneys' fees and costs. Accordingly, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. Each of the parties shall bear their own costs. The Clerk is directed to **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 29 day of January, 2015.

UNITED STATES DISTRICT JUDGE